**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                                 Case No. 25-14211-MAM
                                                                             Chapter 11
ES PARTNERS, INC.,

_____Debtors_____/

## OBJECTION TO CLAIM

**IMPORTANT NOTICE TO CREDITOR:**
**THIS IS AN OBJECTION TO YOUR CLAIM**

This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf.  Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.

If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned attorney OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.

If your entire claim is objected to and this is a chapter 11 case, you will <u>not</u> have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.

The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court.

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, the debtor(s) object(s) to the following claim filed in this case *:

| Claim No. | Name of Claimant | Amount of Claim | Basis for Objection and Recommended Disposition |
|---|---|---|---|
| 4 | ODK Capital LLC | $152,273.76 | Claim filed as a secured claim. Creditor advanced $232,800.  Debtor has paid $126,889.16.  The claim is subordinate to a superior claim making it unsecured. Claim should be allowed as unsecured in the amount $105,910.84. |
| 5 | Fox Funding Group | $138,000.00 | Claim filed as secured claim.  Creditor advanced $114,905.00.  Debtor has paid $27,600.00.  The claim is subordinate to a superior claim making it unsecured.  Claim should be allowed as unsecured in the amount $87,305.00. |

I hereby certify that a copy of the foregoing was provided electronically to the attached mailing list this 14th day of July, 2025.

LF-24 (rev. 06/02/08)

                                                     s/ Brian K. McMahon  
                                                     BRIAN K. MCMAHON  
                                                     FL Bar No. 853704  
                                                     Attorney for Debtors  
                                                     1401 Forum Way, Suite 730  
                                                     West Palm Beach, FL 33401  
                                                     Tel (561)478-2500  
                                                     Fax (561)478-3111  

                                                     MAILING LIST

ODK Capital, LLC  
4700 W. Daybreak Pkwy, Ste 200  
South Jordan, UT 84009  

Fox Funding Group, LLC  
c/o Kaminski Law PLLC  
PO Box 247  
Grass Lake, MI 49240  

LF-24 (rev. 06/02/08)